JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
(808) 377-6778
justinbrackettlaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD VIERNES,<br>On behalf of himself and the Class,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VELOCITY INVESTMENTS, LLC,<br><br>　　　　Defendant. | Case No: 1:19-cv-00317 JAO-KJM<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO CERTIFY A CLASS (ECF 32); CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Jill A. Otake<br><br>Trial: September 8, 2020 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF THE PLAINTIFF'S MOTION TO CERTIFY A CLASS (ECF 32)**

　　　　Plaintiff withdraws his Motion to Certify A Class (ECF 32) at this time.

Defendant has not filed any response to the Motion and a hearing has not been set.

　　　　DATED this 26th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Justin A. Brackett
　　　　　　　　　　　　　　　　　　　　　　　Justin A. Brackett, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff