## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

RONALD VIERNES,

      On behalf of Plaintiff and Class,

          -v-

VELOCITY INVESTMENT, LLC,

            Defendants.

CASE NO. 1:19-cv-00317

## DECLARATION OF AMERICAN LEGAL CLAIM SERVICES, LLC
## REGARDING DUE DILLEGENCE IN NOTICING

I, Snehal Indra, declare as follows:

1.  I am a competent adult, over the age of eighteen, and this declaration is based on my personal knowledge.

2.  I am a Case Manager for American Legal Claim Services, LLC ("ALCS"). ALCS was approved by the Court, to serve as the Settlement Administrator and to otherwise comply with the provisions set forth in the Settlement Agreement and the Order Granting Preliminarily Approval of Class Action Settlement. I was responsible for overseeing the dissemination of Notice of Settlement to class members, exclusion processing, and all other matters required as Settlement Administrator.

3.  **Class List Receipt and Processing.** On December 29, 2020, ALCS reconciled the mailing list ("Original Class List") used to send the notice of proposed class action settlement ("Settlement Notice"). Prior to the reconciliation, the Original Class List contained 573 records. 19 records were identified as duplicates and were removed from the list, leaving 554 unique individuals on the class list. Throughout the noticing process, ALCS utilized several means of ensuring the most accurate addresses for Class Members. These methods included National Change of Address through the USPS, skip-tracing, and manual updates from class members.

4.  **Initial Class Notice.** On January 8, 2021, ALCS mailed the Settlement Notice, substantially in the form approved by the Court (Attached hereto as Exhibit A), via USPS mail postage prepaid to all 554 Class Members.

5.  **Returned Mail Handling.** ALCS processed all mail returned by the USPS that was undeliverable. A minority of the mail included an updated address provided by the USPS ("FOE"). For these, the Class Member addresses were updated, and the Notices of Settlement were re-mailed to the updated address provided. The remainder of the mail returned by the USPS did not contain an updated address ("UAA"). For these, ALCS conducted address searches using a nationally recognized location service to attempt to locate new addresses for these Class Members. Of the 554 Notices mailed, 110 were returned by the USPS and 103 were re-mailed. 3 of the 103 re-mailed Notice Packages were returned. As of the date of this declaration, 10 notices are deemed undeliverable.

# EXHIBIT A

6. **Noticing Campaign Summary.** The following is a summary of the noticing, as of the date of this Declaration:

- Notices initially mailed: 554
- Notices returned as UAA: 111
- Notices returned as FOE: 2
- Notices re-mailed: 103
- Total number of mailed Notices deemed undeliverable: 10
- Percentage of Notices deemed delivered: 98.19%

7. **Exclusions.** The Settlement Notice instructed those who wish to opt out of the settlement to write to the Settlement Administrator stating that the class member does not wish to participate. It further states the opt out request must be received by February 16, 2021. As of the date of this declaration, one person has submitted an exclusion form (attached hereto as Exhibit B).

8. **Objections.** The Notice of Settlement informed Class Members who wish to object to the settlement to file their written objection with the Court by February 16, 2021. I am not aware of any objections being filed with the Court as of the date of this declaration.

9. **Settlement Administration Costs** As of the date of this declaration, ALCS believes the total estimated costs of administration of the settlement will be $7,219.00.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge.  Executed on February 24, 2021 in Jacksonville, Florida.

Snehal Indra

Snehal Indra

# Exhibit A

By Order of the United States District Court for the District of Hawaii

# If you were contacted by Velocity Investment LLC. a class action lawsuit may affect your rights.

### A court authorized this notice. This is not an advertisement from a lawyer.

- Ronald Viernes sued Velocity Investment, LLC. ("Velocity") alleging that it violated federal and state law by unlawfully collecting debts.

- The Court has allowed the lawsuit to proceed as a class action for the purposes of settlement on behalf of:

    - Any person in the State of Hawaii that (i) VELOCITY has communicated with, directly or indirectly, for the purpose of collecting a debt or Velocity sued while not licensed as a collection agency from July 1, 2016 through April 3, 2019 and (ii) who paid money to Velocity or had a judgment entered against him or her.

- The Court has not made a determination in the suit but the Plaintiff and the Defendant have agreed to a settlement that provides that the Defendants will:

    - Velocity will fund a settlement fund of $450,000 (the "Common Fund") for all settlement funds and distribution to the Class Members.
    - The settlement fund shall be distributed as follows:

        (1) any incentive award to the named plaintiff;
        (2) the award of reasonable attorney fees and costs to the class counsel;
        (3) the costs to administer the class settlement, including notice and distribution of checks to the Class Members; and
        (4) the remaining funds, which after deduction of the above costs will be at least $300,000, shall be distributed to the class members as follows:
            (i) a payment of $100 to each class member; and
            (ii) for each class member who has made a payment to the Defendant they will receive a pro-rata payment of the remaining sum available in the Common Fund after deduction of the expenses identified in (1) through (3) and the $100 payment to each class member.
        (5) Any unclaimed funds shall be directed to a cy pres recipient approved by the court.
    - Velocity will also, at its own expense, vacate any judgments that have been entered in actions against class members.

    Your legal rights are affected, and you have a choice to make now:

# Your Legal Rights And Options In This Lawsuit

**DO NOTHING:** If you do nothing, you will receive the benefit of the settlement described above upon final approval of the Court; or

**ASK TO BE EXCLUDED:** You can ask to be excluded from the lawsuit by giving a written notice stating that you want to be excluded and delivering a copy to that notice to Viernes v Velocity Investments, c/o Settlement Administrator, PO Box 23459, Jacksonville, FL 32241 no later than <u>February 16, 2021</u> stating that you want to be excluded. You will need to include your name, address and telephone number. You may be asked to provide documentation that you are a member of the class; or

**OBJECT:** You can object to the Class Settlement if you do not ask to be excluded from the Class. Any objection must be filed no later than <u>February 16, 2021</u>.

- Your options are explained in this notice.
- **Any questions? Read on.**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**................................................................................................PAGE **3**
1. Why did I get this notice?
2. What is this lawsuit about?
3. What is a class action and who is involved?
4. Why is this lawsuit a class action?

**THE CLAIMS IN THE LAWSUIT**................................................................................PAGE **3**
5. What does the lawsuit complain about?
6. How does the Defendant answer?
7. Has the Court decided who is right?
8. What is the Settlement?

**WHO IS IN THE CLASS**..............................................................................................PAGE **4**
9. Am I part of this Class?
10. I'm still not sure if I am included.

**YOUR OPTIONS**.........................................................................................................PAGE **4**
11. What do I do to be included?
12. What happens if I do nothing at all?
13. What do I do if I do not want to be included?
14. Can I object?

**THE LAWYERS REPRESENTING YOU**.....................................................................PAGE **5**
15. Do I have a lawyer in this case?
16. Should I get my own lawyer?
17. How will the lawyers be paid?

**GETTING MORE INFORMATION**..............................................................................PAGE **5**
18. Are more details available?

# BASIC INFORMATION

| 1. Why did I get this notice? |
|---|

Records show that Velocity filed a lawsuit against you or contacted you about a debt. This notice explains that the Court has allowed, or "certified," a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court enters a final judgment. The lawsuit is known as Viernes v. Velocity Investments, LLC. Case No. 1:19-cv-00317, which is publicly available through the Court.

| 2. What is this lawsuit about? |
|---|

This lawsuit is about whether the Defendant violated licensing laws when it collected debts. The Defendant denies that they violated any laws.

| 3. What is a class action and who is involved? |
|---|

In a class action lawsuit, a person called a "Class Representative" (in this case Ronald Viernes) sues on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." Ronald Viernes, who sued, and all the Class Members like him, are called the Plaintiffs. The persons they sued (in this case Velocity Investments LLC.) are called a Defendant. The court resolves the issues for everyone in the Class, except for those people who choose to exclude themselves from the Class. In this case there has been no determination on the legal claims but the parties have agreed to settle the claims.

| 4. Why is this lawsuit a class action? |
|---|

The Court permitted this case to proceed as a class action for settlement purposes. The court found that the case met the requirements of the Federal Rules, which govern class actions before the United State District Courts. Specifically, the Court found that:
- There are a sufficient number of people who fell within the definition of the class;
- There are legal questions and facts that are common to each of them;
- Ronald Viernes' claims are typical of the claims of the rest of the Class;
- Ronald Viernes and his lawyers, Scott C. Borison, of the Borison Firm, LLC. and Justin A. Brackett representing the Class, will fairly and adequately represent the Class' interests;
- The common legal questions and facts are more important than questions that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.

# THE CLAIMS IN THE LAWSUIT

| 5. What does the lawsuit complain about? |
|---|

In the lawsuit, the Plaintiff says that the Defendant violated federal and Hawai'i law when it improperly sought to collect debts without a license.

| 6. How does the Defendant answer? |
|---|

The Defendant denies that it did anything wrong.

| 7. Has the Court decided who is right? |
|---|

The Court hasn't decided whether the Plaintiff or the Defendants are correct. The Court has certified a class for settlement purposes and has made no determination as to the merits of the claims.

| 8. What is the Settlement? |
|---|

The Defendant has agreed to dismiss any lawsuits it filed and vacate any judgments entered in the lawsuits it filed. Additionally, the Defendants have agreed to:
- Pay a maximum of $450,000 that will be distributed as follows:
- Pay any incentive fee or attorneys fees allowed by the Court;
- Pay the administrative costs of administering the class;

And an amount no less than $300,000 shall be distributed (i) $100 to each class member and (ii) the balance to be distributed to class members who paid Velocity money on a pro rata basis.

# WHO IS IN THE CLASS

You need to decide whether you are affected by this lawsuit.

| 9. Am I part of this Class? |
|---|

The class consists of all persons in the State of Hawaii, who Velocity communicated with or sued between July 1, 2016 through April 3, 2019.

| 10. I'm still not sure if I'm included. |
|---|

If you are still not sure whether you are included, you can get free help by calling or writing to the lawyers in this case at:

Justin A. Brackett
515 Ward Avenue
Honolulu, HI 96814
(808) 377-6778
justinbrackettlaw@gmail.com


# YOUR OPTIONS

You have to decide whether you want to join in the class or not join the class, and you have to decide this now.

| 11. What do I do to be included? |
|---|

To be included as a class member you do not have to do anything.

| 12. What happens if I do nothing at all? |
|---|

You will be included in the class and receive the benefits of the settlement.

| 13. What if I do not want to be included? |
|---|

If you do not want to be included, then you must provide a written notice setting forth your name, address, and a statement that "I do not want to be included." The notice must be sent no later than <u>February 16, 2021</u> to Viernes v Velocity Investments, c/o Settlement Administrator, PO Box 23459, Jacksonville, FL 32241. If you timely elect not to participate, then you may pursue your own claims at your own expense.

| 14. How do I object? |
|---|

If you timely elect to be included in the class and want to object to the settlement, you will need to file written objections to the settlement signed by you (or your attorney) with the Court no later than <u>February 16, 2021</u>. Your written objection should reference the case of *Viernes v. Velocity Investments, LLC. Case No. 1:19-cv-00317* and be filed in the United States District Court for the District of Hawaii, 300 Ala Moana Blvd C-338, Honolulu, HI 96850 by this deadline. Documents submitted that do not comply with applicable rules, may be rejected by the Clerk of the Court. You must also mail a copy of any written objections to each of the following counsel:

*Class Counsel:* Justin A. Brackett, 515 Ward Ave. Honolulu, HI 96814

*Defendant's Counsel:* Justin Penn, Hinshaw & Culberston, LLP, 151 N. Franklin, Suite 2500, Chicago, IL 60606

If you file an objection, you may also attend the final hearing. The final fairness hearing is set for <u>March 11, 2021</u> at 10:00 a.m. in the Courtroom assigned at the United States District Court for the District of Hawaii, 300 Ala Moana Blvd C-338, Honolulu, HI 96850.

## THE LAWYERS REPRESENTING YOU

| 15. Do I have a lawyer in this case? |
| --- |

The Court decided that Scott C. Borison of the Borison Firm, LLC. and Justin A. Brackett are qualified to represent the Class Members. They are called "Class Counsel." They can be reached at the law office of Justin A. Brackett, 515 Ward Ave. Honolulu, HI 96814 or by e mail to velocitycase@borisonfirm.com. Please reference the Viernes v. Velocity Settlement. The court found that they are experienced in handling similar cases on behalf of consumers.

| 16. Should I get my own lawyer? |
| --- |

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you may hire one who it will be your responsibility to pay. For example, you can ask him or her to appear in Court for you, if you want someone other than Class Counsel to speak for you.

| 17. How will the lawyers be paid? |
| --- |

Class Counsel will be paid from the common fund.

## GETTING MORE INFORMATION

| 18. Are more details available? |
| --- |

You can contact one of the class counsel. Their contact information is set forth in Question No. 15 above.

# Exhibit B

January 25, 2021

Sender:   Kathleen   Santos
          5512  Morningcross  St.
          Las Vegas,  NV  89130

Statement:   "I do not want to be included".

**399**
VIERNES v VELOCITY

EXCLUSION 900001

RECEIVE
JAN 2 8 2021
American Legal Clair

POSTMARKED
JAN 2 5 2021
American Legal Claims

VIERNES v VELOCITY INVESTMENT, LLC (399)
c/o Settlement Administrator
PO Box 23659
Jacksonville, FL  32241-3659



34018-FC-000442

SANTOS, KATHLEEN P
5512 MORNINGCROSS ST
LAS VEGAS, NV  89130-2075

Notice ID: 12772435
PIN: 818 947 693