```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       NORTHERN DIVISION

- - - - - - - - - - - - - - - x
                              :
DEANNA DRISCOLL,              :
                              :    Civil No. 13-00137-BPG
       Plaintiff,             :
                              :
    v.                        :
                              :
NAVY FEDERAL CREDIT UNION,    :
                              :
       Defendant.             :    October 29, 2013
                              :
- - - - - - - - - - - - - - - x    Baltimore, Maryland
```

**FAIRNESS HEARING**

BEFORE THE HONORABLE BETH P. GESNER, Judge

APPEARANCES:

| | |
|---|---|
| For the Plaintiff, Personal Representative of the Estate of Dale Driscoll, Individually and on Behalf of Others Similarly Situated: | SCOTT C. BORISON, Esq.<br>PHILLIP R. ROBINSON, Esq.<br>Legg Law Firm, LLC<br>Francis Scott Key Mall<br>5500 Buckeystown Pike<br>Frederick, MD  21703 |
| For the Defendant: | NEIL KEITH GILMAN, Esq.<br>Hunton and Williams, LLP<br>2200 Pennsylvania Ave., N.W.<br>Washington, DC  20037 |
| Audio Operator: | Jill Klein |
| Transcription Company: | CompuScribe<br>5100 Forbes Boulevard<br>Suite 101<br>Lanham, MD  20706<br>301/577-5882 |

Proceeding recorded by electronic sound recording, transcript produced by transcription service.

# EXHIBIT B

Case 1:19-cv-00317-KJM   Document 58-2   Filed 03/03/21   Page 2 of 5   PageID.301
Case 1:13-cv-00137-BPG   Document 34   Filed 11/07/13   Page 19 of 28
jmm
19

1   each member of the Class.  And I certainly recall extensive
2   discussion about that at the time of settlement in this case.
3   It would have been a distribution of a dollar or two perhaps
4   to members and that was just not economically feasible.
5              So, in addition to providing the credit report I
6   think, which details the positive and negative factors that
7   can affect one's credit score, I also understand provides an
8   interactive tool for users to determine how their actions may
9   affect their credit scores and to access customer service
10  representatives.
11             Let me also note that it would be, I think, clearly
12  prohibitively expensive for each Class member to litigate his
13  or her individual claim separately.  So I do find the Class
14  members will receive the benefit of recovery without
15  incurring the expense of litigation.
16             In addition, there's only one objection to the
17  proposed settlement, which again I'll discuss in a moment.
18  But as I said before, I think the Class has clearly been
19  provided with adequate notice under the Rules and only 18
20  members, or 20 members now, have opted out.  In addition, as
21  I noted, a number of members have elected to receive the
22  credit reports.
23             So I do find that the settlement is fair, adequate,
24  and reasonable for those reasons.
25             With respect to attorneys' fees, I also consider

Case 1:19-cv-00317-KJM   Document 58-2   Filed 03/03/21   Page 3 of 5   PageID.302
Case 1:13-cv-00137-BPG   Document 34   Filed 11/07/13   Page 20 of 28

jmm                                                                        20

1   the benefits that Class counsel will receive in evaluating
2   the settlement.  Class counsel seeks attorneys' fees in the
3   amount of 40 percent of the settlement fund.  Let me note at
4   the outset I find those fees to be reasonable in
5   consideration of the entire record.  Class counsel undertook
6   this representation, as Mr. Borison noted, on a contingency
7   fee basis on behalf of a very large class of, potentially
8   large class of plaintiffs.
9          I'd also note that Class counsel are very
10  experienced in this area of the law and have earned certainly
11  a respected reputation in the Bar.  In similar cases in this
12  District, and these cases have been noted in the filings by
13  the parties, this Court has routinely awarded 40 percent of
14  the settlement fund to attorneys who represent classes of
15  plaintiffs on a contingency basis.
16         Mr. Borison mentioned the *Gardner* case settlement
17  which I approved.  And there was also other cases: *Bradshaw*
18  *v. Hilco Receivables*, and *Tyerar v. Main Street Acquisition*.
19  Let me just note that in some, given the high risk of non-
20  payment, the work performed and the attorneys' experience in
21  class actions I do find the customary 40 percent fee award is
22  entirely fair and reasonable.
23         I'd also note that I recently approved a class, I
24  say recently although I sometimes am in a time warp, but it
25  was a number of months ago, but within my memory, and in my

Case 1:19-cv-00317-KJM   Document 58-2   Filed 03/03/21   Page 4 of 5   PageID.303
Case 1:13-cv-00137-BPG   Document 34   Filed 11/07/13   Page 21 of 28

jmm
21

1  memory because it was notable because this same Class counsel
2  sought no attorney's fees in the context of that settlement.
3  That was in the *Stone v. Wayric Services* case. And so I note
4  that as well.
5      Plaintiff counsel in this case as I said are
6  experienced class action litigators in the area of consumer
7  protection. The fact that both the Plaintiff and the
8  Defendant recommend the Class Action be disposed of with the
9  proposed settlement, I give that certainly substantial weight
10 in evaluating the settlement.
11     And from my examination of the pleadings filed, all
12 of the parts of this record and my participation in the
13 settlement process I am aware that counsel in this case have
14 engaged in significant and extensive negotiation. And there
15 is certainly no suggestion of any bad faith or collusion.
16     Let me address, as I said I would, the objections
17 filed by Mr. Michael Liguori. There's only one Class member
18 who filed objections. He noted he would not be attending
19 today's hearing and indeed I note for the record that he is
20 not present.
21     He filed objections noting that he had specific
22 objections as follows. First he states that the Class
23 objects because the Class will receive no benefit under the
24 settlement because they could go to Free Credit Report dot
25 com to obtain for free the same services. I find that to be

jmm                                                                          28

## C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the duplicated electronic sound recording of the proceedings in the above-entitled matter.

```
 /s/ Jacqueline M. McFarland          November 7, 2013
Jacqueline M. McFarland                    Date
Certified Transcriber
Certificate No.: CET**227
```