JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

SCOTT C. BORISON (*Pro Hac Vice*)
Legg Law Firm, LLP
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: (301) 620-1016
Email: borison@legglaw.com

*Attorneys for Plaintiff*
Ronald Viernes

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD VIERNES,<br>On behalf of himself and the Class,<br><br>Plaintiff,<br><br>vs.<br><br>VELOCITY INVESTMENT, LLC,<br><br>Defendant. | Case No: 1:19-cv-00317 KJM<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF A SETTLEMENT CLASS, TO AWARD AN INCENTIVE FEE, ATTORNEY FEES AND ADMINSTRATION COSTS, AND TO DESIGNATE *CY PRES* RECIPIENT**<br><br>Judge: Jill A. Otake<br>Magistrate Judge: Kenneth J. Mansfield |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of this document was served on the Defendant's Counsel when filed through the Court's CM/ECF system:

| | |
|---|---|
| Jodie D. Roeca, Esq. | jroeca@rlhlaw.com |
| James Shin, Esq. | jshin@rlhlaw.com |
| Norman K. Odani, Esq. | nodani@rlhlaw.com |
| Roeca Luria Shin, LLP | |
| 841 Bishop Street, Suite 900 | |
| Honolulu, HI 96813 | |
| | |
| Justin M. Penn, Esq. | jpenn@hinshawlaw.com |
| Hinshaw & Culbertson | |
| 151 N. Franklin Street, Suite 2500 | |
| Chicago, IL 60606 | |

*Attorneys for Defendant*
Velocity Investments, LLC

Dated: March 3, 2021, Honolulu, Hawaii.

/s/ Justin A. Brackett
Justin A. Brackett, Esq.
*Attorney for Plaintiff*
Ronald Viernes