# MINUTES

CASE NUMBER:        1:19-CV-00317-JAO-KJM

CASE NAME:          Ronald Viernes v. Velocity Investments, LLC

ATTYS FOR PLA:      Justin A. Brackett
                    Scott C. Borison

ATTY FOR DEFT:      Justin M. Penn

---

JUDGE:    Kenneth J. Mansfield         REPORTER:    AT&T Service

DATE:     03/11/2021                   TIME:        10:03 - 10:16

---

COURT ACTION:  EP:    FINAL FAIRNESS HEARING held.

The Court states findings on the record. The Court GRANT [58] Plaintiff's Motion for Final Approval of a Settlement Class, to Award an Incentive Fee, Attorney Fees and Administration Costs, and To Designate Cy Pres Recipient.

Plaintiff to send proposed order.

*Submitted by: Bernie Aurio, Courtroom Manager*