# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RONALD VIERNES, On behalf of Plaintiff and Class<br><br>    Plaintiff,<br><br>    V.<br><br>VELOCITY INVESTMENTS, LLC<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 19-00317 KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 12, 2021<br><br>At 3 o'clock and 40 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to, and in accordance with the "Order Granting Final Approval of Class Settlement, Awarding Fees and Costs, Designating a Cy Pres Designee and Directing the Settlement to be Performed in Accordance with the Settlement Agreement", ECF No. 60, filed on March 12, 2021.  The following fees are awarded by the Court: a) an Incentive fee of $5,000 to the Plaintiff; b) Attorneys Fees and Costs of $137,928.00 and c) Administrator Fees of $7,072.00.  The Court designates the Legal Aid Society of Hawaii as the *cy pres* designee for any unclaimed funds and the Complaint is dismissed with prejudice.

| | |
|---|---|
| March 12, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |